UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES McCONICO, JR.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES CONGRESS, et al.,<br><br>　　　　　Defendants. | Civil Action 06-00550  (HHK) |

## ORDER

Before the court is the application of James McConico, Jr. to proceed on appeal *in forma pauperis*. Upon consideration of the application and the affidavit that supports it, the court concludes that the application should be granted.

Accordingly, it is, this 27th day of June, 2006, hereby

**ORDERED** that the application of James McConico, Jr. to proceed *in forma pauperis* is **GRANTED**, and it is further

**ORDERED** that James McConico, Jr. shall be permitted to proceed without being required to prepay fees, costs, or give security therefor, and it is further

**ORDERED** that the Clerk is directed to transmit a copy of this order to the United States Court of Appeals for the District of Columbia Circuit.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge